**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
*Attorneys for Plaintiff(s)*
By:   Steven J. Bushinsky, Esquire ID # 13471992
        Mark E. Poist, Esquire ID #5562009

RECEIVED

MAY - 2 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

| | |
|---|---|
| **SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL 27 ANNUITY, HEALTH & WELFARE, VACATION, EDUCATION AND UNEMPLOYMENT FUNDS; et al.**<br><br>*Plaintiff(s),*<br><br>v.<br><br>**D & S SHEET METAL, INC.; AND THOMAS J. DOWD;** individually, jointly, severally and in the alternative<br><br>*Defendants.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.:  14-0112(JAP-TJB)<br><br><br>**DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' Notice of Motion

for Default Judgment; it is on this *1st* day of _____May_____, 2014

**ORDERED and ADJUDGED** that Plaintiffs, Sheet Metal Workers'

International Association Local 27 Annuity, Health & Welfare, Education and

Unemployment Funds, et al ("the Funds"), shall recover of Defendants, D & S

Sheet Metal, Inc. and Thomas J. Dowd, the sum of **$147,511.97**, which is inclusive

of interest, liquidated damages, attorney's fees and case costs.

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain

active jurisdiction over the enforcement and continued litigation of this matter.

~~Honorable Peter G. Sheridan~~, U.S.D.J.